# Court of Appeals
# of the State of Georgia

ATLANTA,  March 06, 2020

*The Court of Appeals hereby passes the following order:*

**A20D0305.  MARQUISE ALI ROBBINS v. GREGORY C. DOZIER.**

After the trial court granted summary judgment to the respondent, Petitioner Marquise Robbins filed a motion for reconsideration.  The trial court denied the motion on January 9, 2020, and Robbins filed this application for discretionary review on February 14, 2020.  We lack jurisdiction because the application is untimely.

Pretermitting whether the trial court's order is subject to appellate review, an application for discretionary appeal must be filed within 30 days of the entry of the order or judgment to be appealed. See OCGA § 5-6-35 (d). The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith.  See *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989).  Here, Robbins filed his application 36 days after the trial court's order was entered.  His application is thus untimely, and it is hereby DISMISSED for lack of jurisdiction.



Court of Appeals of the State of Georgia
    Clerk's Office, Atlanta,  03/06/2020
    I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
        Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , *Clerk.*